[No. 28278-6-I.   Division One.   October 26, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CAROL FAY CORREN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 90-1-00497-2, David A. Nichols, J., entered April 9, 1992. *Remanded* by unpublished opinion per Forrest, J., concurred in by Grosse, C.J., and Webster, J.

[No. 26492-3-I.   Division One.   October 26, 1992.]

LOGANDALE WATER ASSOCIATION, *Appellant*, v. THE COUNTY OF KING, ET AL, *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 84-2-06288-6, Gary M. Little and Michael J. Fox, JJ., entered April 28 and February 27, 1987, and June 28, 1990. *Reversed* by unpublished opinion per Grosse, C.J., concurred in by Scholfield and Coleman, JJ.

[No. 27408-2-I.   Division One.   October 26, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID EUGENE LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04421-8, William L. Downing, J., entered November 16, 1990. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse, C.J., and Forrest, J.